# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF RECORD RETURN**

January 19, 2016



To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

FILED
JAN 2 5 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| No. 09-2768 | KEVIN VODAK, individually and on behalf of others similarly situated, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> CITY OF CHICAGO, et al., <br> Defendants - Appellees |
| No. 09-2901 | BRUCE BEAL, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> CITY OF CHICAGO, et al., <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:03-cv-02463 <br> Northern District of Illinois, Eastern Division <br> District Judge Virginia M. Kendall | |
| **Originating Case Information:** | |
| District Court No: 1:04-cv-02039 <br> Northern District of Illinois, Eastern Division | |

The mandate or agency closing letter in this cause issued on June 9, 2011.
Returned herewith is the record which was transmitted to this court.

| RECORD ON APPEAL STATUS: | Additional record (return now complete) consisting of |
|---|---|
| Sealed Envelopes: | 1 doc. 405 |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

----------------------------------

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**  
JAN 2 5 2016

**Received by:**

form name: c7_Record_Return_toDC(form ID: 205)